UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JESUS FUENTES,

              Petitioner,      <u>MEMORANDUM & ORDER</u>
                                   04-CV-0737(JS)
  -against-

SUPERINTENDENT, Great Meadow
Correctional Facility

             Respondent.
----------------------------------------X
APPEARANCES:
For Petitioner:   Jesus Fuentes, <u>pro se</u>
                 #98-A-4737
                 Clinton Correctional Facility
                 P.O. Box 2001
                 Dannemora, NY 12929

For Respondent:   Michael Blakey, Esq.
                 Suffolk County District Attorney's Office
                 Criminal Courts Building
                 200 Center Drive
                 Riverhead, New York 11901

SEYBERT, District Judge:

       On August 5, 2009, the Court denied Petitioner Jesus Fuentes' petition for a writ of habeas corpus in its entirety. The Court now finds that Mr. Fuentes has not made "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the Court DENIES a Certificate of Appealability.

                                               SO ORDERED

                                         /s/ JOANNA SEYBERT
                                         Joanna Seybert, U.S.D.J.

Dated:  Central Islip, New York
       December 9, 2009